*Filing 3-17-11*
*192776*
*KLH*

MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor:   Kulubo Sianeh Kpanaku

Chapter 7 Case No. 10-45273

Please Check One:

_____  Unclaimed Dividends

__√__  Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Northern States Power Co. d/b/a Xcel Energy 3215 Commerce Street LaCrosse, WI 54603 | 1 | 448.57 | 3.73 |
| Healthspan Services Reliance Recoveries 6160 Summit Avenue, Suite 420 Brooklyn Park, MN 55430 | 6 | 206.93 | 1.72 |

= 5.45

Dated: March __15__, 2011

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Forms\(72) Unclaimed Dividends Distribution Less than $5.wpd

2

**RANDALL L. SEAVER**
**UNITED STATES CHAPTER 7 PANEL TRUSTEE**

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

*RECEIVED 11 MAR 17 AM 9:47 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

March 15, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:    Kulubo Sianeh Kpanaku
       BKY No. 10-45273

Dear Sir/Madam:

Enclosed for filing in the above matter is an original and one copy of MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $5.45 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:    United States Trustee